FILED
March 22, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   CASE NUMBER: 2:13-mj-00088-DAD
            Plaintiff,             )
v.                                 )   ORDER FOR RELEASE
                                   )   OF PERSON IN CUSTODY
DEJON ANDRADE,                     )
                                   )
            Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Dejon Andrade</u>; Case <u>2:13-mj-00088-DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    X  Unsecured Appearance Bond in the amount of $50,000, co-signed by Tina Andrade.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    X  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  Sacramento, CA  on  3/22/13  at  2:50 pm

By  Carolyn K. Delaney
United States Magistrate Judge